UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BERNICE PHILLIPS                                    CIVIL ACTION NO. 07-0069

VERSUS                                              JUDGE S. MAURICE HICKS, JR.

U.S. COMMISSIONER SOCIAL                            MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **AFFIRMED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 26th day of February, 2008.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE